IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DWAYNE JOHNSON, | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION NO.: 5:12-CV-478 (MTT) |
| BIBB COUNTY LAW ENFORCEMENT CENTER, *et al.*, | : |
| Defendants. | : |

## ORDER

On December 5, 2012, the Court ordered Plaintiff **DWAYNE JOHNSON**, a detainee at the Bibb County Law Enforcement Center, to file a certified copy of his trust fund account statement. (Doc. 5). Plaintiff did not comply with this Order. In an Order dated February 21, 2013, the Court gave Plaintiff "one last opportunity to comply" with the December 5, 2012 Order. (Doc. 8). Plaintiff was given until March 7, 2013 to file a certified copy of his trust fund account statement. Plaintiff has not responded to the February 21, 2013 Order. Additionally, mail sent to Plaintiff has been returned to the Court marked as "undeliverable" and showing that Plaintiff is no longer in jail.

Because of Plaintiff's failure to comply with the Court's instructions and his failure to inform the Court of his current address, Plaintiff's 42 U.S.C. § 1983 action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 20th day of March, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lnb